# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ERRICK PHILLIPS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-1388 |
| | : | |
| TONY ALSLEBEN, et al., | : | |
| Defendants | : | |

## ORDER OF JUDGMENT

**AND NOW**, this 7th day of March, 2011, following a bench trial and in accordance with my findings of fact and conclusions of law, and in accordance with Federal Rule of Civil Procedure 58, judgment is hereby entered on behalf of the defendants and against the plaintiff.

                                    BY THE COURT:

                                    /s/ *Lawrence F. Stengel*
                                    LAWRENCE F. STENGEL, J.